No. 890. VILLAGE ON THE HILL, INC. *v.* MASSACHU-
SETTS TURNPIKE AUTHORITY ET AL. Sup. Jud. Ct. Mass.
Certiorari denied. *Louis Winer* for petitioner. *John L.
Murphy* for Massachusetts Turnpike Authority, and
*Robert Haydock, Jr.,* for Rivett Lathe & Grinder, Inc.,
respondents.

No. 892. HEAVENLY CREATIONS, INC., ET AL. *v.* FED-
ERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari
denied. *Maximilian Bader* and *I. Walton Bader* for peti-
tioners. *Solicitor General Cox, Assistant Attorney Gen-
eral Orrick, Lionel Kestenbaum, Jerry Z. Pruzansky,
James McI. Henderson* and *Miles J. Brown* for respond-
ent.

No. 896. D'ANGIOLILLO, AKA BUICK, ET AL. *v.* UNITED
STATES. C. A. 2d Cir. Certiorari denied. *Jonathan L.
Rosner* and *Ralph L. Pliskin* for petitioners. *Solicitor
General Cox, Assistant Attorney General Miller, Beatrice
Rosenberg* and *Richard W. Schmude* for the United
States.

No. 897. CASIDA ET AL. *v.* INTERNATIONAL UNION OF
OPERATING ENGINEERS, AFL–CIO, ET AL. Ct. Civ. App.
Tex., 7th Sup. Jud. Dist. Certiorari denied. *Albert
Smith* and *Walter H. E. Jaeger* for petitioners. *J. Albert
Woll, Theodore J. St. Antoine* and *L. N. D. Wells, Jr.,* for
respondents.

No. 709, Misc. BLANN *v.* PATUXENT INSTITUTION DI-
RECTOR. Ct. App. Md. Certiorari denied. *Spencer W.
Reeder* for petitioner. *Thomas B. Finan,* Attorney Gen-
eral of Maryland, and *Robert C. Murphy,* Deputy Attor-
ney General, for respondent.